IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AMBROSIO & SIROIS VENTURE PARTNERS LP, SERIES I, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No.: 4:00CV00052CAS ) ) |
| MARION BASS SECURITIES CORPORATION, et al., | ) ) ) |
| Defendants/Third-Party Plaintiffs, | ) ) |
| vs. | ) ) |
| AMBROSIO & SIROIS, L.L.C., JEFFREY M. AMBROSIO, JOHN G. SIROIS and CHARLES R. LAURIE, JR., | ) ) ) ) ) |
| Third-Party Defendants. | ) |

FILED

Granted /s/ 6/5/01

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COME NOW all Plaintiffs and all Third-Party Defendants, Defendants/Third-Party Plaintiffs Marion Bass Securities Corporation, Marion Bass, Rene Matthews and Robert Lewis and Defendant Sean Henry, by and through their respective undersigned counsel, and pursuant to Rule 41(a)(1), Fed.R.Civ.P., file their Joint Stipulation of Dismissal without Prejudice with respect to all Plaintiffs' claims against the aforementioned Defendants and with respect to all Third-Party Plaintiffs' claims against all Third-Party Defendants. Each party shall bear its own costs incurred herein.

769686.1

1

120

Respectfully submitted,
FISCHMAN, HARVEY & DUTTON
3050 Biscayne Boulevard, Suite 600
Miami, Florida 33137
(305) 576-5522
(305) 576-7079 - facsimile

BRUCE D. FISCHMAN, ESQ.
Fla. Bar No.: 218472
Counsel for Plaintiffs and Third-Party Defendants

and

SANDBERG, PHOENIX & VON GONTARD
One City Centre - 15th Floor
St. Louis, Missouri 63101-1880
(314)231-3332
(314) 241-7604 - facsimile

*/s/ Kenneth J. Brennan*

JOHN SANDBERG, ESQ., #4251
KENNETH J. BRENNAN, ESQ.,#87729
Co-Counsel for Plaintiffs and Third-Party Defendants

ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
THEODORE J. SAWICKI, ESQ.
Counsel for Defendants/Third-Party Plaintiffs
Marion Bass Corporation Marion Bass and Rene Matthew and Robert Lewis

and

THOMPSON COBURN LLP
One Mercantile Center
St. Louis, MO 63101

*/s/ Tracy J. Cowan*

STEVE GARLOCK, ESQ., #3184
TRACY J. COWAN, ESQ, #45239
Co-Counsel for Defendants/Third-Party Plaintiffs
Marion Bass Corporation Marion Bass and Rene Matthew and Robert Lewis

769686.1

2

ULLMANN & ULLMANN
4210 Old Highway 94 South
St. Charles, Missouri 63304

_____
THOMAS H. ULLMANN, ESQ., #13014
Attorneys for Sean Henry

UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 06/05/01 by jjones
                4:00cv52    Ambrosio & Sirois vs Marion Bass Security

15:78m(a) Securities Exchange Act

| Name | Fax |
|---|---|
| Kenneth Brennan - 87229 | Fax: 314-241-7604 |
| Tracy Cowan - 45239 | Fax: 314-552-7138 |
| Bruce Fischman - | Fax: 305-576-7079 |
| Steven Garlock - 3184 | Fax: 314-552-7146 |
| David Harris - | Fax: 305-576-7079 |
| John Latham - | Fax: 404-881-7777 |
| Christopher Moyen - | Fax: 404-881-7777 |
| John Sandberg - 4251 | Fax: 314-241-7604 |
| Theodore Sawicki - | Fax: 404-881-7777 |
| Thomas Ullmann - 13014 | Fax: 636-441-2991 |

SCANNED & FAXED BY:

JUN X 5 2001

MJM